**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CTA INCORPORATED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 96-113C** |
| | ) | **(Judge Block)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to RCFC 41(a)(1), the parties hereby stipulate and agree that this action shall be dismissed with prejudice in its entirety, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

/s/
THOMAS A. LEMMER
McKenna Long & Aldridge, LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202

Attorneys for Plaintiff CTA Incorporated

Dated: November 6, 2003

ROBERT D. McCALLUM, JR.
Assistant Attorney General

/s/
DAVID M. COHEN
Director

/s/
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20005
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant, The United States of America

OF COUNSEL:

MAJ JACQUELINE POSNER
Trial Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard, Suite 606
Arlington, VA 22209-2403

Dated: November 6, 2003

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of November, 2003, a copy of the foregoing "Stipulation of Dismissal with Prejudice" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ C. Coleman Bird